No. A–430. SCHUELLER *v.* LYON MOVING & STORAGE CO. Ct. App. Wash. Application for extension of time in which to file petition for writ of certiorari, addressed to MR. JUSTICE MARSHALL and referred to the Court, denied.

No. A–458. LERMAN *v.* INHABITANTS OF THE CITY OF PORTLAND. Sup. Jud. Ct. Me. Application for stay, addressed to MR. JUSTICE MARSHALL and referred to the Court, denied.

No. 78–1418. BLOOMER *v.* LIBERTY MUTUAL INSURANCE CO. C. A. 2d Cir. [Certiorari granted, 441 U. S. 942.] Motion of Hudson Waterways Corp. et al. for leave to file a brief as *amici curiae* denied.

No. 78–1693. UNITED STATES *v.* CLARKE ET AL. C. A. 9th Cir. [Certiorari granted, *ante,* p. 822.] Motion of the Solicitor General for divided argument granted.

No. 78–1793. ROBERTS *v.* UNITED STATES. C. A. D. C. Cir. [Certiorari granted, *ante,* p. 822.] Motion of American Civil Liberties Union et al. for leave to file a brief as *amici curiae* granted.

No. 78–6885. HICKS *v.* OKLAHOMA. Ct. Crim. App. Okla. [Certiorari granted, *ante,* p. 963.] Motion of petitioner for appointment of counsel granted, and it is ordered that David M. Ebel, Esquire, of Denver, Colo., be appointed to serve as counsel for petitioner in this case.

No. 79–539. MAINE *v.* DANA ET AL. Sup. Jud. Ct. Me. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 79–755. LECHT *v.* LEVINSON ET AL; and
No. 79–5653. KIERSTEAD *v.* PRINCI, U. S. MAGISTRATE. Motions for leave to file petitions for writs of habeas corpus denied.